



# MEMORANDUM OPINION

No. 04-10-00869-CV

**STONE CREEK VILLAGE PROPERTY OWNERS ASSOCIATION, INC.,**
Appellant

v.

John E. **VOGT** and Nelda L. Vogt,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 06-150
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  March 14, 2012

JOINT MOTION TO SET ASIDE AND REMAND GRANTED; SET ASIDE AND REMANDED

The parties have filed a joint motion stating they have settled all issues in dispute. The parties ask that we set aside the trial court's judgment against Stone Creek Village Property Owners Association, Inc., without regard to the merits and remand the cause against it to the trial court for rendition of judgment in accordance with the settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The motion does not recite any agreement of the parties as to costs.

We grant the motion. The judgment of the trial court on the claims by and between Stone Creek Village Property Owners Association, Inc., and John and Nelda Vogt is set aside without regard to the merits and the cause is remanded to the trial court for rendition of judgment in accordance with the settlement agreement. All costs of this appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM